UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-20168-CR-MOORE/TORRES

UNITED STATES OF AMERICA,

      Plaintiff,

v.

TRAVIS THURSTON,

      Defendant.
_____/

## REPORT AND RECOMMENDATION

      This matter was before the Court following on Order of Reference to conduct an evidentiary hearing on the Petition for Supervised Release Violation [D.E. 26] that charged the defendant with violating the terms of his supervised release in five counts. Upon an initial hearing on the Petition and ultimately at a final continued hearing held on March 29, 2012, the Defendant admitted the material provisions of the five alleged violations in conjunction with an agreement with the government on the recommended sentence. The Court accepted the Defendants' admissions to the violations, reserving any issues as to sentencing for the District Judge's consideration at a final hearing on the petition.

      Based upon the admissions to the material facts underlying the violations in the Petition, a further evidentiary hearing is not required with respect to those facts and the matter may now be addressed by the Court for final adjudication.

ACCORDINGLY, this Court recommends to the District Court that the Defendant's admissions be accepted as to counts 1 through 5 of the Petition and that a sentencing hearing be conducted for final disposition of this matter.

The Court will expedite for good cause the objecting period in the case. The parties shall have until April 5, 2012, within which to file objections, if any, with the Honorable K. Michael Moore, United States District Judge assigned to this case.

**DONE AND SUBMITTED** at Miami, Florida, this 3rd day of April, 2012.

*/s/ Edwin G. Torres*
EDWIN G. TORRES
United States Magistrate Judge